■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC D. CARR, Appellant. [953 NYS2d 180]—Motion for writ of er-

ror coram nobis denied. Present—Scudder, P.J., Smith, Centra, Peradotto and Lindley, JJ.